UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| ANTHONY REGINALD PEEK, | ) | |
|---|---|---|
| | ) | |
| Movant, | ) | CR408-221 |
| | ) | CV416-165 |
| v. | ) | CV416-215 |
| | ) | CV415-218 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

In *this* 28 U.S.C. § 2255 case, CV416-165, derived from the criminal case against Anthony Reginald Peek, CR408-221, the undersigned issued a Report and Recommendation advising that Peek's latest 28 U.S.C. § 2255 motion be denied as successive. CR408-221, doc. 72; CV416-165, doc. 11. That R&R is pending before the district judge.

In the meantime, a rump § 2255 case exists, CV416-215, caused by the same successive § 2255 filing addressed by the R&R in CV416-165, doc. 11 (paralleling CR208-221, doc. 72). Hence, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** CV416-215 after

docketing this Order in it.[1]  For good measure, the Clerk shall also place a copy of this Order in CV415-218 (an earlier, since denied, §2255 case) to further assist court staff in making sense of Peek's filings.

**SO ORDERED**, this 6th day of January, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Incidentally, the pending motion to appoint counsel in that case, CV416-215 doc. 3, was reached in CR408-221, doc. 74, and in CV416-165, doc. 13.